

# Missouri Court of Appeals
## Southern District

**MARCH 25, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33953

    Re:  IN THE MATTER OF THE CARE AND
         TREATMENT OF BRADLEY LEWIS,
         a/k/a BRADLEY J. LEWIS,
         a/k/a BRADLEY JOE LEWIS,
         Respondent-Appellant.